UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IGNANTIOS MASTELLOS and ERATO MASTELLOS,   Docket No.: 17-cv-00415

                Plaintiffs,   **NOTICE OF APPEARANCE**

- against –

POWERMATIC,

                Defendant.
------------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE**, that I, MICHAEL C. O'MALLEY, ESQ, am admitted to practice in this Court and I appear in the above-captioned action as Counsel and attorneys for plaintiffs, Ignatios Mastellos and Erato Mastellos.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
February 3, 2017

                Yours, etc.,

                Joseph G. Dell, Esq.(JD-7315)
                Michael C. O'Malley (MO-0317)
                DELL & DEAN, PLLC
                Attorney for Plaintiff
                Durven Dawes
                1225 Franklin Avenue
                Suite 450
                Garden City, NY 11530
                (516) 880-9700

TO:

Riley Safer Holmes & Cancila LLP
1330 Avenue of the Americas, 6th Floor
New York, New York 10019
(212) 660-1000