

Joshua D. Lee
312.471.8788
jlee@rshc-law.com

February 9, 2018

**VIA E-MAIL**

Kristen Sinnott
Dell & Dean, PLLC.
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
Momalley@ d2trialtaw.com
KSinnott@d2trialtaw.com

    Re: *Mastellos v. JPW Industries, Inc., et al.*
      United States District Court for the Eastern District of New York
      Case No. 17-cv-00415 (MKB) (ST)
      JPW Industries, Inc.'s Motion to Dismiss Second Amended Complaint

Dear Ms. Sinnott:

 We enclose (1) JPW Industries, Inc.'s Notice of Motion to Dismiss Plaintiff's Second Amended Complaint and (2) JPW Industries, Inc.'s Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Second Amended Complaint.

            Very truly yours,

           s/ Joshua D. Lee

            Joshua D. Lee

Encl.

cc: Hon. Margo K. Brodie (via ECF, w/o enclosures)
   Michael O'Malley (via e-mail - Momalley@ d2trialtaw.com)
   Jennifer Sawyer (via e-mail - JSawyer@d2triallaw.com)

4829-2783-9837, v. 1