# DELL & DEAN, PLLC

## ATTORNEYS AT LAW

**1225 FRANKLIN AVENUE, SUITE 450**
**GARDEN CITY, NEW YORK 11530**
**OFFICE 516.880.9700**
**FAX     516.880.9707**

**www.D2TrialLaw.com**

April 30, 2018

**VIA U.S. FIRST CLASS MAIL**
Joshua D. Lee
Riley Safer Holmes & Cancila LLP
70 West Madison, Suite 2900
Chicago, Illinois 60602

     **RE: Mastellos v. JPW Industries, Inc.**
       **Docket No.: 17-cv-00415 (MKB)(ST)**

Dear Counselor(s):

  The undersigned represents the Plaintiffs in the above-captioned matter.

  Please find attached Plaintiff's Opposition Papers to Defendant's Motion to Dismiss. You will find attached an (1) Affirmation; (2) Memorandum of Law and; (3) Proposed Third Amended Complaint.

  Thank you for your time and consideration in this request.

         Respectfully Submitted,
         */s/Kristen Sinnott*
       Kristen N. Sinnott, Esq. (KS-7707)

KS
CC:
  Honorable Steven L. Tiscione
  United States District Court
  Eastern District of New York
  225 Cadman Plaza East
  Brooklyn, New York 11201