UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IGNANTIOS MASTELLOS and ERATO MASTELLOS,

                               Plaintiffs,

- against -

JPW INDUSTRIES, INC., and
DEVLIEG-BULLARD, INC.,

                               Defendants.
------------------------------------------------------------------------X

Docket No.: 17-cv-00415
(MKB)(ST)

## MEMORANDUM IN OPPOSITION OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

DELL & DEAN, PLLC
Kristen N. Sinnott, Esq. (KS-7707)
*Attorneys for Plaintiffs*
1225 Franklin Avenue
Suite 450
Garden City, New York 11530
Telephone: (516) 880-9700
Facsimile: (516) 880-9707
Email: ksinnott@d2triallaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IGNANTIOS MASTELLOS and ERATO MASTELLOS,

                              Plaintiffs,

- against -

JPW INDUSTRIES, INC., and
DEVLIEG-BULLARD, INC.,

                              Defendants.
------------------------------------------------------------------X

Docket No.: 17-cv-00415
           (MKB)(ST)

**ATTORNEY AFFIRMATION**

      I, KRISTEN N. SINNOTT, am an attorney duly admitted to practice law before this Honorable Court. declare under penalty of perjury that the foregoing is true and accurate:

      1.    I am the attorney for the Plaintiffs, IGNATIOS MASTELLOS and ERATO MASTELLOS and as such I am fully familiar with the facts and circumstances of this action based upon a review of the file.

      2.    This declaration is submitted in support of Plaintiffs' Opposition to the Defendant's Motion to Dismiss Plaintiffs' Amended Verified Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

      3.    The following documents are attached and are relied upon and cited in the accompanying Memorandum of Law:

      **Exhibit "A": Plaintiffs' Proposed Third Amended Verified Complaint**

DATED:      April 30, 2018
                    Garden City, New York

Respectfully Submitted,

*[signature]*

DELL & DEAN, PLLC
Kristen N. Sinnott, Esq. (KS-7707)
*Attorneys for Plaintiffs*
1225 Franklin Avenue
Suite 450
Garden City, New York 11530
Telephone: (516) 880-9700
Facsimile: (516) 880-9707
Email: ksinnott@d2triallaw.com